**Order entered January 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00794-CV

### SAMUEL MEDINA, OBDULIA MEDINA, NATALYE MEDINA, AND NAVIL GIBSON, Appellants

### V.

### MICHELIN NORTH AMERICA, INC., AND JOSE BUSTILLO D/B/A MUNDO CARS, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-07255

## ORDER

Before the Court is appellees' January 17, 2016 second unopposed motion to extend time to file appellees' brief. Appellees' motion is **GRANTED**. Appellees' brief shall be filed by February 22, 2017. We caution appellees that further requests for extension of time will be disfavored.

/s/      ELIZABETH LANG-MIERS
JUSTICE